IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
FRANK RAYKOVITZ, Individually  *
and for Others Similarly       *
Situated,                      *
                               *
        Plaintiff,             *
                               *
        v.                     *      CV 119-137
                               *
ELECTRICAL BUILDERS, INC.,     *
                               *
        Defendant.             *
```

**O R D E R**

Before the Court is the Parties' Joint Stipulation to Extend Plaintiff's Time to Respond to Defendant's Motion to Dismiss or, Alternatively, Motion to Transfer Venue (Doc. 20) to October 18, 2019. (Doc. 23.) The original deadline was October 16, 2019. The Court controls the deadlines in its cases; thus, "[e]xtensions of time may not be obtained by stipulation between counsel" but only, in this situation, "by motion to the Court." LR 6.1, SDGa; see id. LR 7.5. The Court excuses the deficiency this time and construes this stipulation as a consent motion for extension of time. The Court **GRANTS** the motion (Doc. 23). Plaintiff **SHALL** have through and including **FRIDAY, OCTOBER 18, 2019,** to respond to Defendant's motion.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA